PHILADELPHIA NEWSPAPERS, INC.,
Publisher of The Philadelphia
Inquirer, Appellant,

v.

HAVERFORD TOWNSHIP, Haverford
Township Police Department, Gary
E. Hoover and Charles Brooks.

Supreme Court of Pennsylvania.

Argued Feb. 4, 1998.
Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

William P. SUKUS

v.

Debra SUKUS, Appellant.

Supreme Court of Pennsylvania.

Argued Feb. 3, 1998.
Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Edward DAVAILUS, Pauline Davailus
and Davailus Enterprises, Inc.,
Appellants,

v.

COMMONWEALTH of Pennsylvania,
DEPARTMENT OF ENVIRON-
MENTAL RESOURCES.

Supreme Court of Pennsylvania.

Argued Feb. 2, 1998.
Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.